The People of the State of New York ex rel. Martha Powell, Appellant, v. The Superintendent of the New York State Reformatory for Women, etc., Respondent.— Motion denied. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. Benedict Roache, Complainant, v. Harry A. Hanbury, Accused.— Motion to resettle order of March 27, 1914, granted to the extent of inserting therein, in lieu of the words "April Term, 1914," the words "April 20th, 1914;" otherwise, motion denied. Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. Josiah J. White, Relator, v. Hon. Norman S. Dike, a Judge of the County Court of the County of Kings, Respondent.— Motion denied, without prejudice to renewal. The petition presented to the county judge, with the original precept submitted, should be made part of the moving papers for such application. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Francesco Rammauro, Respondent, v. Illinois Surety Company, Appellant.— Motion for stay granted upon appellant executing an undertaking in the sum of $1,500 to pay the judgment and costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Benny Reiser, Appellant, v. Edison Electric Illuminating Company of Brooklyn, Respondent.— Motion to resettle order of affirmance denied, without costs. Present — Burr, Carr, Stapleton and Putnam, JJ.; Jenks, P. J., taking no part.

United States Title Guaranty Company, Respondent, v. Lecorn Building Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Wolf Wistinetz, Respondent, v. Jacob Goldman and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Philip M. Bainbridge, Appellant, v. William M. Hoes, Public Administrator, etc., Respondent.— Judgment affirmed, without costs, upon the opinion of William Allaire Shortt, referee. It may be that the plaintiff has some remedy against the administrator upon contract. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Esther Bernstein, Respondent, v. Isaac Friend, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, upon the ground that it was not the intention of this court to authorize an amendment to the complaint stating a new cause of action. The plaintiff may move at Special Term for leave to make such an amendment, upon terms to be fixed by that court. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.